# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

State of Illinois, et al.

Plaintiff,

v.
                                          Case No.: 1:26–cv–00321

                                          Honorable Georgia N. Alexakis

Department of Homeland Security, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 12, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: Before the Court is plaintiffs' motion to reassign this matter based on relatedness to Judge Sara L. Ellis, who is presiding over 25 CV 12173. Under Local Rule 40.4(c), motions to reassign based on relatedness "shall be filed in the lowest–numbered case of the claimed related set and noticed before the judge assigned to that case." Therefore, plaintiffs' motion is one for Judge Ellis to resolve, not this Court. On those grounds, this Court denies plaintiffs' motion [5]. The parties are directed to notify the Court promptly after Judge Ellis resolves any motion to reassign on relatedness grounds filed in 25 CV 12173, unless material developments warrant this Court's attention before then. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.