

# United States District Court
# Northern District of Illinois

In the Matter of

State of Illinois et al

v.

Department of Homeland Security et al

District Judge Sara L. Ellis

Case No. 26-CV-321

Designated Magistrate Judge
Gabriel Fuentes

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

    In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Georgia N. Alexakis to be related to 25-cv-12173 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

**Judge Sara L. Ellis**

Date: Thursday, January 22, 2026

---

Dated: Thursday, January 22, 2026

District Reassignment  - Finding of Relatedness 40.4