IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF ILLINOIS, *et al.*, | ) | |
| | ) | No. 26-cv-321 |
| *Plaintiffs,* | ) | |
| | ) | Hon. Sara L. Ellis, |
| v. | ) | District Judge |
| | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST TO SHARE DISCOVERY FROM *CHICAGO HEADLINE CLUB***

In accordance with the Court's Order dated January 22, 2026, Defendants hereby notify the Court and Plaintiffs that Defendants do not object to allowing Plaintiffs in *Chicago Headline Club v. Noem*, Case No. 25-cv-12173, to provide copies of the discovery produced in that case to Plaintiffs' counsel in this action, provided the same protective order and clawback order entered in *Chicago Headline Club* are entered by the Court in this case. *See Chicago Headline Club*, ECF Nos. 96, 100, 116. Any shared discovery received by Plaintiffs in this case would be subject to the same protections and handling requirements under the orders as originally designated in *Chicago Headline Club*.

Dated: January 29, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
(IN # 23840-49)
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-5084
Email:  Andrew.Warden@usdoj.gov

*Counsel for Defendants*