UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

State of Illinois, et al.
                                  Plaintiff,

v.                                        Case No.: 1:26−cv−00321
                                                  Honorable Sara L. Ellis

Department of Homeland Security, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 19, 2026:

      MINUTE entry before the Honorable Sara L. Ellis: In court hearing held on 2/19/2026. The Court modifies the protective order entered in the 25−cv−12173 *Chicago Headline Club et al v. Noem et al* action to include the plaintiffs in this case as a party. Plaintiffs in this action agree to be bound by the terms of the protective order. Briefing schedule on motion to dismiss: Defendants' motion to dismiss is due by 3/16/2026; Plaintiffs' response is due by 4/15/2026; Defendants#039; reply is due by 5/1/2026. Next status date for 7/30/2026 at 2:30 PM for ruling on motion to dismiss. The parties should come prepared with a proposed discovery schedule at the next hearing date. Motion for leave to file brief of amicus curiae of Elder Nniha Ajabu, Director of Pan−Afrikan Affairs fir the Black Panther Movement [33] is denied. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.