IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*, ) | |
| ) | No. 26-cv-321 |
| *Plaintiffs,* ) | |
| ) | Hon. Sara L. Ellis, |
| v. ) | District Judge |
| ) | |
| ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |
| ) | |

**DEFENDANTS' UNOPPOSED MOTION TO ENLARGE PAGE LIMITATION FOR MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS**

Defendants move for leave to file a memorandum in support of their motion to dismiss of no more than 50 pages. Plaintiffs do not oppose this request provided they receive an extension of 50 pages for their opposition brief. In support of this motion, Defendants state as follows:

1. On January 12, 2026, Plaintiff filed a complaint for injunctive and declaratory relief. *See* ECF No. 1. The complaint is 100 pages and asserts 19 claims for relief in 464 numbered paragraphs. *See id.*

2. Pursuant to the Court's Order dated February 19, 2026, Defendants' motion to dismiss the complaint is due March 16, 2026. *See* ECF No. 41.

3. Local Rule 7.1 restricts the length of a brief in support of a motion to 15 pages without leave of court.

4. Plaintiffs' lengthy complaint contains numerous arguments in support of 19 claims for relief. To adequately address both the jurisdictional and merits issues presented by the

complaint, Defendants request leave to file a brief in support of their motion to dismiss of no more than 50 pages. Defendants respectfully submit that the requested additional pages are necessary to adequately address the numerous issues presented in this action and will assist the Court in its resolution of the motion.

5. The parties have conferred and Plaintiffs consent to Defendants' requested extension on the condition that Plaintiffs receive 50 pages for their opposition brief. Defendants consent to Plaintiffs' request.

WHEREFORE, Defendants request that the Court permit Plaintiffs and Defendants to file briefs in support of, and in opposition to, Defendants' motion to dismiss of up to 50 pages.

Dated: March 13, 2026       Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General

*/s/ Andrew I. Warden*
ANDREW I. WARDEN (IN # 23840-49)
Assistant Branch Director
LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-5084
Email: Andrew.Warden@usdoj.gov

*Counsel for Defendants*