**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF ILLINOIS, *et al.*, | ) | |
| | ) | No. 26-cv-321 |
| *Plaintiffs,* | ) | |
| | ) | Hon. Sara L. Ellis, |
| v. | ) | District Judge |
| | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| | ) | |

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE that on March 19, 2026, at 1:45 p.m., counsel for Defendants shall appear before the Honorable Judge Sara L. Ellis in the United States District Court for the Northern District of Illinois, and submit Defendants' Unopposed Motion for Leave to File Excess Pages In Support of Defendants' Motion to Dismiss, a copy of which has been filed at ECF No. 42.

Dated: March 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General

*/s/ Andrew I. Warden*
ANDREW I. WARDEN (IN # 23840-49)
Assistant Branch Director

2

LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-5084
Email: Andrew.Warden@usdoj.gov

*Counsel for Defendants*

2