**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No. 1:26-cv-321 <br> Hon. Sara L. Ellis |

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE that on April 14, 2026, at 9:45 a.m., counsel for Movant Federation for American Immigration Reform will appear before the Honerable Judge Sara L. Ellis in the United States District Court for the Northern District of Illinois and submit Movant's Unopposed Motion of Federation for American Immigration Reform for Leave to File an *Amicus Curiae* Brief in Support of Defendants' Motion to Dismiss, a copy of which has been filed at ECF No. 49.

Date: April 8, 2026

Respectfully submitted,

/s/ *Matt A. Crapo*
Matt A. Crapo*
Federation for American Immigration Reform
25 Massachusetts Ave. NW, Suite 330
Washington, DC 20001
Tel: (202) 328-7004
Fax: (202) 387-3447
Email: mcrapo@fairus.org
* *Pro hac vice* admission pending

Counsel for *Amicus Curiae*
Federation for American Immigration Reform