UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF ILLINOIS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 26-cv-321 |
| v. | ) | |
| | ) | Hon. Sara L. Ellis, |
| DEPATMENT OF HOMELAND | ) | District Judge |
| SECURITY, *et al.*, | ) | |
| | ) | |
| Defendants. | | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND MOTION TO DISMISS
BRIEFING SCHEDULE**

Plaintiffs State of Illinois and City of Chicago, with the consent of Defendants, respectfully move the Court to reset the briefing schedule for responses to Defendants' Motion to Dismiss (ECF 44), extending the relevant deadlines by one week as follows:

1.     On February 19, 2026, this Court entered a briefing schedule (ECF 41), setting filing deadlines for a forthcoming Motion to Dismiss. Defendants filed their Motion to Dismiss on March 16, 2026. (ECF 44). Plaintiffs' response is due on April 15, 2026, and Defendants' reply is due on May 1, 2026. (*See* ECF 41). Plaintiffs seek to extend the deadline to file their response to April 22, 2026, and Defendants' deadline to file their reply to May 8, 2026.

2.     Plaintiffs have good cause to seek this extension. *See* Fed. R. Civ. P. 6(b)(1)(A). Plaintiffs request this extension due to competing case deadlines and the number and complexity of legal issues involved in this matter. Defendants' argument has sixteen parts, some with sub-parts, raising multiple theories and defenses that necessitate thorough review and response. These factors warrant a brief extension to provide the Court with comprehensive briefing to assist in its review.

1

3.      This is Plaintiffs' first motion for extension of time.

4.      Plaintiffs conferred with Defendants via email, and Defendants indicated that they agree to the requested extension and revised briefing schedule.

WHEREFORE, with the consent of Defendants, Plaintiffs State of Illinois and City of Chicago respectfully move the Court to enter the requested relief and extend the Motion to Dismiss briefing schedule by one week as described herein.

Dated: April 14, 2026

Respectfully submitted,

**KWAME RAOUL**
*Attorney General of Illinois*

By: */s/ Paul Berks*
PAUL BERKS
VIKAS DIDWANIA
Complex Litigation Counsels
MOLLY PETCHENIK\*
Assistant Attorney General
Office of the Illinois Attorney General
115 South LaSalle Street
31st Floor
Chicago, Illinois 60603
(312) 814-3000
Paul.Berks@ilag.gov
Vikas.Didwania@ilag.gov
Molly.Petchenik@ilag.gov

*Counsel for the State of Illinois*

\*Admission pending

**MARY B. RICHARDSON-LOWRY**
*Corporation Counsel of the City of Chicago*

By: */s/ Chelsey B. Metcalf*
Rebecca Hirsch
Chelsey B. Metcalf
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
312-744-6934
chelsey.metcalf@cityofchicago.org

*Counsel for the City of Chicago*