## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

State of Illinois, et al.

Plaintiff,

v.

Case No.: 1:26–cv–00321
Honorable Sara L. Ellis

Department of Homeland Security, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 17, 2026:

MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiffs' motion for extension of time [53]. The Court revises the briefing schedule as follows: Plaintiffs' response is due by 4/22/2026 and Defendants' reply is due by 5/8/2026. The Court enters and continues Plaintiffs' motion for leave to serve third party subpoenas [55] to 4/23/2026 at 2:30 PM. The parties should appear in person or by video. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.