**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STATE OF ILLINOIS, *et al.,*

      Plaintiffs,

    v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.,*

      Defendants.

Case no: 26-cv-321

## <u>MOTION TO WITHDRAW AN ATTORNEY OF RECORD AS COUNSEL</u>

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff State of Illinois, by and through Illinois Attorney General Kwame Raoul, brings this motion to respectfully request that this Court grant the Office of the Illinois Attorney General leave to withdraw Christina Beeler as one of the attorneys of record in this matter. In support of this motion, Plaintiff states as follows:

1. Since February 4, 2026, Christina Beeler has been attorney of record for Plaintiff.

2. Ms. Beeler's last day at the Office of the Illinois Attorney General was on June 10, 2026.

3. Plaintiff will continue to be represented by the Office of the Illinois Attorney General.

WHEREFORE, Plaintiff respectfully requests that the Court grant the Office of the Illinois Attorney General leave to withdraw Christina Beeler as an attorney of record in this action.

DATE:  June 25, 2026

Respectfully submitted,

KWAME RAOUL
*Attorney General of Illinois*

by:

 */s/ Rebekah Newman*
CARA HENDRICKSON
Executive Deputy Attorney General
PAUL BERKS
VIKAS DIDWANIA
Complex Litigation Counsels
REBEKAH NEWMAN
Assistant Attorney General
Office of the Illinois Attorney General
115 South LaSalle Street
31st Floor
Chicago, Illinois 60603
(312) 814-3000
Rebekah.Newman@ilag.gov

*Counsel for the State of Illinois*

**<u>CERTIFICATE OF SERVICE</u>**

I, Rebekah Newman, an attorney for the State of Illinois, certify that on, June 25, 2026, I caused the foregoing **Plaintiff's Motion to Withdraw an Attorney of Record as Counsel** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel of record.


*/s/ Rebekah Newman*
Assistant Attorney General