**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants | Case No. 26-cv-00321<br><br>Hon. Sara L. Ellis<br>U.S. District Judge |

**<u>NOTICE OF MOTION</u>**

TO: COUNSEL OF RECORD

YOU ARE HEARBY NOTIFIED that on Wednesday, September 2, 2026 at 11:00 a.m., Plaintiffs' Counsel shall appear before the Honorable Sara L. Ellis, or any judge sitting in her stead, in Courtroom 1403 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL, and then there present Plaintiffs State of Illinois and the City of Chicago's Second Unopposed Motion for Leave to File Notice of Supplemental Authority, a copy of which was served upon you via the Court's ECF system.

Dated: August 26, 2026

KWAME RAOUL
*Attorney General of Illinois*

By: */s/ Paul Berks*

CARA HENDRICKSON
Executive Deputy Attorney General
PAUL BERKS
VIKAS DIDWANIA

Complex Litigation Counsels
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-3000
Paul.Berks@ilag.gov
*Counsel for the State of Illinois*

MARY B. RICHARDSON-LOWRY
*Corporation Counsel of the City of Chicago*

By: /s/ *Rebecca Hirsch*
Rebecca Hirsch
Chelsey B. Metcalf
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
312-744-6934
chelsey.metcalf@cityofchicago.org
*Counsel for the City of Chicago*

## CERTIFICATE OF SERVICE

I, Paul Berks, an attorney for the State of Illinois, certify that on August 26, 2026, I caused the foregoing **Notice of Motion re: Plaintiffs' Second Unopposed Motion for Leave to Submit Notice of Supplemental Authority** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel of record.

*/s/ Paul Berks*
Assistant Attorney General