# EXHIBIT 2

Watch 24/7

IMMIGRATION

# ICE activity ramps up in Chicago area again, with masked agents seen taking people away in cuffs

The increase in activity comes months after the Trump Administration's Chicago-area immigration enforcement campaign dubbed Operation Midway Blitz, which saw hundreds of people arrested or taken by federal agents.

By NBC Chicago Staff • Published July 10, 2026 • Updated on July 10, 2026 at 5:53 am

Log in or create a free profile to save articles




You're watching the NBC 5 Chicago News streaming channel, which plays local Chicago news 24 hours a day, seven days a week. You can find the "NBC 5 Chicago News" streaming channel on your phone or computer, and on Peacock, Samsung, Roku, Xumo or on our app, so you can watch our local news on your schedule.

Watch 24/7

area, with cell phone video capturing masked federal agents in one neighborhood and immigration advocates saying people are living in fear.

"We learned that last week about 21 people were taken," Marcella Rodriguez, executive director of local organization Enlace Chicago said at a press conference Thursday on the city's northwest side. "And this week alone, up to today, 17 people across our communities have been taken. We know that they are targeting areas around schools, even though summer programs are taking place."

**Stream NBC 5 for free, 24/7, wherever you are.**

WATCH HERE

The increase in activity comes 10 months after the Trump Administration's Chicago-area immigration enforcement campaign dubbed **Operation Midway Blitz**, which saw hundreds of people arrested or taken by federal agents, many of whom wore masks and drove in unmarked cars.




2:23

**Back of Yards leaders report recent surge in immigration enforcement activity**

Back of Yards community and faith leaders are reporting a recent surge in immigration enforcement activity in the area. Charlie Wojciechowski reports.

national who lived in the U.S. for decades, as the homebuilder drove his construction crew to a Houston job site.

"They are not going after criminals," attorney Berto Aguayo said during Thursday's press conference. "The people that they are going after is in line with what happened back in September, back in October, where the vast majority of detainees did not have criminal records. And so that is still happening today. And yes, we're seeing activity at courthouses."

Recent cell phone video captured by witness showed apparent ICE agents making arrests in Logan Square. Masked agents could be seen driving in unmarked cars and wearing police vests as neighbors blow whistles and use megaphones to try and alert others.

**Local**



1 HOUR AGO

**'Devastated:' Residents push back after decades-old park shortcut suddenly closed**



2 HOURS AGO

**Father Michael Pfleger reinstated at St. Sabina, cleared of sexual abuse allegation**

In once incident, agents could be seen taking someone away in handcuffs.

Watch 24/7

Original audio




View more on Instagram

5,163 likes

Add a comment...

According to the Resurrection Project's Immigrant Justice Dashboard, referrals for legal assistance jumped to 140 in June, up from 97 the month before.

increased ICE presence in Chicago neighborhoods.

This article tagged under:

**IMMIGRATION**

VAMOOSE | SPONSORED

**2-Minute Trick For A Mouse-Free Home**

PURE CIRCA | SPONSORED

**How To Drain Lymph Fluid In Ankles & Legs? It's Simple**

YAHOO | SPONSORED

**Related Searches**

Learn more

DERILA-ERGO-OFFICIAL.COM | SPONSORED

**Sleep Apnea is Linked to This Household Item (Stop Using It)**

LITTLE FRIES | SPONSORED

**Will Smith's $2.5M Rolling Mansion Just Blew Our Minds, See Inside**

## Weather Forecast

CHICAGO, IL

70°

Fair

TONIGHT

59°

TOMORROW

Watch 24/7

## Subscribe to our Newsletters

Sign up to receive breaking news alerts in your inbox.

Enter your email

Sign up

PRIVACY POLICY

5 CHICAGO

**ABOUT NBC CHICAGO**

**TELEMUNDO CHICAGO**

**OUR NEWS STANDARDS**

**SUBMIT TIPS FOR INVESTIGATIONS**

**NEWSLETTERS**

**CONNECT WITH US**

**XFINITY: INTERNET, TV, STREAMING, MORE**

WMAQ Public Inspection File
WMAQ Accessibility
WMAQ Employment Information
Send Feedback
FCC Applications
Terms of Service
Your Privacy Choices
Privacy Policy
Advertise with us
CA Notice
Ad Choices

Copyright © 2026 NBCUniversal Media, LLC. All rights reserved