# EXHIBIT 3

24/7 Live

66°

IMMIGRATION

# Community groups, officials report renewed immigration enforcement activity across Chicago area

By Lissette Nuñez
Thursday, July 9, 2026



Live streaming newscasts, breaking news, weather & original, local programming.

---

CHICAGO (WLS) -- Community organizations, attorneys and elected leaders denounced a renewed increase in immigration enforcement activity that has been reported across Chicago and its suburbs.

Cellphone video showed federal agents on the city's Northwest Side on Thursday. Community members reported seeing a woman taken into custody near Belmont and Avers.

ABC7 has blurred the woman's face in the video because the Department of Homeland Security has not said whether she's been charged with a crime or why she was arrested.

**ABC7 Chicago is now streaming 24/7. Click here to watch**

Increase the Peace Chicago, a community organization, said federal agents also were seen near 59th Street and California Avenue on Tuesday.

Community members also reported that two people were detained Monday near 47th Street and Fairfield.

"I think they were just living everyday life. They were going home or stepping out to just to take some fresh air," said Monserrat Ayala, the Executive Director of Increase the Peace Chicago.

Marcela Rodriguez, the Executive Director of Enlace Chicago, said organizations have tracked multiple recent detentions.

"We learned that last week about 21 people were taken and this week alone up to today 17 people across the communities have been taken," Rodriguez said.

Community organizations says it's unclear whether the latest enforcement actions are targeted or random. Organizers also said federal agents appear to be using more discreet tactics compared to the peak of Operation Midway Blitz.


## Top Stories



Inside the process of IDing badly decomposed bodies found at Chicago funeral home; 9 cases remain




Illinois educator accused of exploiting young girl in violent online 'cult'




Barrington HS grad competes for Miss USA, following in footsteps of her 1998 Miss Illinois mother


"Here in Chicago, we have seen a shift away from high publicized efforts and tactics to more targeted enforcement in our neighborhoods, homes, grocery stores, courthouses,"

Rodriguez said.

**SEE ALSO |** Family says dad was scared and 'wanted to protect his tools, workers' before deadly ICE shooting in Houston

Advocates said the enforcement activity is renewing fear within immigrant communities and is driving demand for legal assistance.

"Last week calls requiring legal assistance have doubled from 900 to over 1700," said Raul Raymundo, the CEO of The Resurrection Project.

Ayala said communities affected by the enforcement actions also need support services.

"We need to make sure that we're also seeking both mental health resources for those who have been affected," she said.

The U.S. Department of Homeland Security told ABC7, "ICE agents uphold our nation's immigration laws in all 50 states, seven days a week, 24 hours a day.

DHS added that, "some of the worst of the worst ICE has taken off Chicago streets."

**Chicago Mayor Brandon Johnson shared the following statement Thursday afternoon:**

"Chicago, our city has experienced an increase in ICE enforcement activity in recent weeks. Now is the time to stand united, support our neighbors, and ensure no one faces fear or uncertainty alone.

"Our office will continue to monitor and respond to any actions that put our residents in danger and destabilize communities. If you witness suspected misconduct or unlawful activity by federal agents, I encourage you to report it to the Chicago Police Department.

"Regardless of your immigration status, you have rights. I urge every Chicagoan to stay informed, look out for loved ones, and make sure those around you know where to turn for trusted information. To access Know Your Rights and Family Preparedness resources, visit Chicago.gov/Protect. To report activity or seek help for a detained loved one, call the ICIRR Hotline at 855-435-7693."

Report a correction or typo

Copyright © 2026 WLS-TV. All Rights Reserved.

## Related Topics

CHICAGO ILLINOIS IMMIGRATION ICE BORDER PATROL

DEPARTMENT OF HOMELAND SECURITY

**Related Searches**

**Sponsored** / Yahoo Learn more

**Victoria Falls: Boma Dinner and Drum Show**

**Sponsored** / GetYourGuide View

**Hiroshi Closes His Knife Shop After 55 Years**

**Sponsored** / Sakura Knives Learn More

**Open One Account to Trade Stocks, Options, and Futures**

**Sponsored** / tastytrade — Learn More

**Stylish Pattaya Beachfront Escape with Daily Breakfast, Nightly Dinner & Daily Cocktails**

**Sponsored** / LUXURY ESCAPES — Book now

**People Keep Asking Which One Is #1. Here's the Answer.**

**Sponsored** / Zenify Lifestyle — Read More

**Rhino Walk & Game Drive Safari in Mosi oa Tunya NP**

**Sponsored** / GetYourGuide — View

**Oceanfront Hawaii Glamour on Iconic Waikiki Beach with Infinity Pool**

**Sponsored** / LUXURY ESCAPES — Book now

**ADUM341E**

**Sponsored** / Analog Devices — Learn more

**Topics**

- Home
- Weather
- Traffic
- Watch
- Photos
- Apps

**Regions**

Chicago & Suburban Cook Co.

North Suburbs

West Suburbs

South Suburbs

NW Indiana

**More Content**

Local News

U.S. & World

I-Team

Politics

Entertainment

Consumer & Business

**Company**

About ABC7 Chicago

ABC7 Newsteam Bios

Community Journalism

TV Listings

Accessibility

Employment

Contests, Promotions & Rules

Community

Download on the App Store

GET IT ON Google Play

Privacy Policy Your Privacy Choices Children's Privacy Policy Your US State Privacy Rights Terms of Use
Interest-Based Ads Public Inspection File FCC Applications Copyright © 2026 ABC, Inc., WLS-TV Chicago. All Rights Reserved.