# EXHIBIT 10

Case: 1:26-cv-00321 Document #: 76-13 Filed: 08/26/26 Page 2 of 5 PageID #:810

# *Federal Agents Were Told F.B.I. Will No Longer Investigate ICE Confrontations*

Senior officials deny such a change is in the works, despite guidance shared with agents around the country in recent days.

Listen · 5:50 min




**By Devlin Barrett and Hamed Aleaziz**
Devlin Barrett covers the F.B.I., and Hamed Aleaziz covers immigration.

July 19, 2026

Federal agents around the country were told in recent days that the F.B.I. would no longer investigate confrontations with immigration agents — cases that sometimes yield evidence that could be used to prosecute Department of Homeland Security agents implicated in violent encounters, according to people briefed on the decision.

If enacted, such a change would sharply limit law enforcement scrutiny of immigration agents, as the Trump administration draws mounting criticism over killings at the hands of federal officers. In the last two weeks, two fatal shootings by Immigration and Customs Enforcement agents in Texas and Maine have thrust the government's tactics back into the spotlight.

F.B.I. managers around the country received a written notice informing them of the change on Thursday, according to the people familiar with the matter who spoke on the condition of anonymity to describe internal communications. The same day, some ICE agents around the country were notified by their F.B.I. counterparts.

The guidance shared with them said that the bureau would stop investigating claims of assaults against Department of Homeland Security agents, the people said. Even though such investigations are intended to determine whether the officers were in fact attacked, they can provide a crucial means of gathering evidence implicating the agents themselves.

A joint statement by the Justice Department and the Department of Homeland Security, however, denied that any such change was underway.

"The relationship between D.H.S. and D.O.J. in investigating assault on federal officer cases has not changed, and F.B.I. will continue to investigate in accordance with agency policy," the statement said. "This administration has been clear, anyone who assaults law enforcement will be prosecuted to the fullest extent of the law."

Under the change, responsibility for investigating cases involving federal immigration officers would likely fall to Homeland Security Investigations, an arm of ICE, effectively leaving the agency to investigate itself, according to guidance circulated among F.B.I. and ICE agents.

Cases involving an assault on a federal officer have been a source of tension inside federal law enforcement agencies for more than a year. White House and Justice Department officials have pushed prosecutors to bring charges in as many of them as possible, particularly as Americans protest the administration's immigration crackdown.

Under the federal statute, felony charges can be brought against anyone who "forcibly assaults, resists, opposes, impedes, intimidates or interferes" with a federal law enforcement officer.

Trump administration officials have claimed that language means anyone who makes physical contact with an agent should be charged with felony assault, which is punishable by up to eight years in prison.

"It's abhorrent to ever, ever touch a law enforcement officer, which is why anytime anybody does that and it's a federal officer, we'll prosecute them," the acting attorney general, Todd Blanche, said in an interview in May on CNN.

An investigation by The New York Times found that the Trump administration had filed charges against more than 550 people for assaulting federal officers. Of the more than 400 cases that had been resolved, nearly half had unraveled, with charges being thrown out or withdrawn, or the defendants being acquitted.

Under the Trump administration, when ICE agents have shot and killed people, the F.B.I. has been assigned to scrutinize a narrow question: whether the agents were assaulted before the gunfire.

While the bureau in past administrations has investigated potential civil rights abuses and law enforcement misconduct, it has been limited from doing so in high-profile ICE shootings over the last year, according to law enforcement officials.

However, F.B.I. investigations involving an assault on a federal officer could yield evidence that is valuable to other cases, including future civil rights investigations or prosecutions of an ICE agent. If that responsibility shifts to Homeland Security Investigations, it would leave a gap in holding immigration agents to account, according to the people familiar with the matter.

Homeland Security Investigations does not have jurisdiction to investigate civil rights violations, so putting the change into practice would make it far less likely that shootings of unarmed people by ICE agents would be investigated to determine if the agents broke federal law.

The enforcement crackdown in President Trump's second term has resulted in nearly two dozen people being fired on by federal immigration agents since January 2025. Six people, including three U.S. citizens, have been killed as a result of those shootings, nearly all of which involved officers firing into vehicles.

On July 7 in Houston, an ICE agent killed Lorenzo Salgado Araujo, a Mexican immigrant who had lived in the country for more than three decades, during a traffic stop while he was driving to work with three passengers. He was not the

target of the ICE operation, federal officials later acknowledged.

In Maine on Monday, an ICE agent shot and killed a Colombian man, who was also in his vehicle. He was identified as Joan Sebastian Guerrero, according to a spokesman for Senator Angus King, a Maine independent.

**Devlin Barrett** covers the Justice Department and the F.B.I. for The Times.

**Hamed Aleaziz** covers the Department of Homeland Security and immigration policy for The Times.

---

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: Agents Are Told F.B.I. Won’t Look Into ICE Clashes