**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STATE OF ILLINOIS, *et al.,*

Plaintiffs,

v.

DEPARTMENT OF HOMELAND SECURITY, *et al.,*

Defendants.

Case no: 26-cv-321

**NOTICE OF MOTION**

TO: All Counsel of Record

PLEASE TAKE NOTICE that on **Wednesday, September 2, 2026** at **11:00 a.m**., we shall appear before Honorable Sara L. Ellis, or any other judge sitting in their stead, in Room 1403 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn St., Chicago, Illinois 60604, to present the concurrently filed Platiniffs' MOTION FOR TARGETED DISCOVERY, a copy of which has been served upon you via the Court's CM/ECF system. Oral argument on Defendants' Motion to Dismiss is scheduled at the same time. *See* ECF No. 73.

DATE: August 26, 2026

Respectfully submitted,

KWAME RAOUL
*Attorney General of Illinois*

by:

*/s/ Vikas Didwania*
CARA HENDRICKSON
Executive Deputy Attorney General
PAUL BERKS

VIKAS DIDWANIA
Complex Litigation Counsels
Office of the Illinois Attorney General
115 South LaSalle Street
31st Floor
Chicago, Illinois 60603
(312) 814-3000
Vikas.Didwania@ilag.gov

*Counsel for the State of Illinois*

MARY B. RICHARDSON-LOWRY
Corporation Counsel of the City of Chicago

By: /s/ Rebecca Hirsch
Stephen Kane
John Hendricks
Rebecca Hirsch
Chelsey Metcalf
Rachel Zemke
Psalm Brown
John Kauffman
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
312-744-6934
stephen.kane@cityofchicago.org

*Counsel for the City of Chicago*