**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

Date: 8/26/26

Case Number: 26cv321

Case Title: State of Illinois et al v. Department of Homeland Security et al

Judge: Sara L. Ellis

# DIGITAL EXHIBIT INFORMATION FORM - PUBLIC

Filing Party: State of Illinois and City of Chicago

Exhibit is linked to entry: 76

**NOTE**: This form is for Non-Sealed Documents only. For instructions regarding Sealed Documents, please see Local Rule 26.2.

If you wish to download a digital exhibit, please send your request to the Certified Copy Desk (CCD) inbox at CCD_ILND@ilnd.uscourts.gov. You will be provided with an invoice and charged according to the Fee Schedule. Once your payment has been processed, you will receive a URL via email to download the exhibit.

Thomas G. Bruton, Clerk

By: /s/ E. Knox
Deputy Clerk