**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

State of Illinois, et al.
Plaintiff,
v.
Case No.: 1:26−cv−00321
Honorable Sara L. Ellis
Department of Homeland Security, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 19, 2026:

MINUTE entry before the Honorable Sara L. Ellis: In court hearing held on 10/19/2026. For the reasons stated on the record, the Court grants the Department of Homeland Security's motion to quash [83] without prejudice. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.