**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, a sovereign state; and the CITY OF CHICAGO, an Illinois municipal corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, in his official capacity as Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; SAMUEL OLSON, in his official capacity as Field Director for U.S. Immigration and Customs Enforcement; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. BORDER PATROL; MICHAEL W. BANKS, in his official capacity as Chief of U.S. Border Patrol; and GREGORY BOVINO, in his official capacity as Senior Officer of the Department of Homeland Security and Illinois tactical commander,<br><br>Defendants. | Case no: 26-cv-321 |

**<u>MOTION TO WITHDRAW AN ATTORNEY OF RECORD AS COUNSEL</u>**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff State of Illinois, by and through Illinois Attorney General Kwame Raoul, brings this motion to respectfully request that this Court grant the Office of the Illinois Attorney General leave to withdraw Rebekah Newman as one of the attorneys of record in this matter. In support of this motion, Plaintiff states as follows:

1. Since March 27, 2026, Rebekah Newman has been attorney of record for Plaintiff.

2. Ms. Newman's last day at the Office of the Illinois Attorney General will be on November 30, 2026.

3. Plaintiff will continue to be represented by the Office of the Illinois Attorney General.

WHEREFORE, Plaintiff respectfully requests that the Court grant the Office of the Illinois Attorney General leave to withdraw Rebekah Newman as one attorneys of record in this action.

DATE: October 26, 2026

Respectfully submitted,

KWAME RAOUL
*Attorney General of Illinois*

*/s/ Rebekah Newman*
CARA HENDRICKSON
Executive Deputy Attorney General
PAUL BERKS
VIKAS DIDWANIA
Complex Litigation Counsels
MARY GRIEB
EMILY HIRSCH
ALEXANDRA REED
R. HENRY WEAVER
MOLLY PETCHENIK
REBEKAH NEWMAN
Assistant Attorneys General
Office of the Illinois Attorney General
115 South LaSalle Street
31st Floor
Chicago, Illinois 60603
(312) 814-3000
Rebekah.Newman@ilag.gov

*Counsel for the State of Illinois*

**CERTIFICATE OF SERVICE**

I, Rebekah Newman, an attorney, certify that on, October 26, 2026, I caused the foregoing **Plaintiff's Motion to Withdraw an Attorney of Record as Counsel** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel of record.

/s/ Rebekah Newman
Assistant Attorney General