**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 26-cv-321 |

**NOTICE OF MOTION**

TO: All Counsel of Record

PLEASE TAKE NOTICE that on **November 12, 2026,** at **1:45 p.m**., we shall appear before Honorable Sara L. Ellis, or any other judge sitting in her stead, in Room 1403 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn St., Chicago, Illinois 60604, to present the concurrently filed PLAINTIFFS' THIRD UNOPPOSED MOTION FOR LEAVE TO SUBMIT NOTICE OF SUPPLEMENTAL AUTHORITY, a copy of which has been served upon you via the Court's CM/ECF system.

DATE: October 29, 2026

Respectfully submitted,

KWAME RAOUL
*Attorney General of Illinois*

by: */s/ Alexandra Reed*
CARA HENDRICKSON
*Executive Deputy Attorney General*
PAUL BERKS
VIKAS DIDWANIA
*Complex Litigation Counsels*
MARY GRIEB
EMILY HIRSCH
ALEXANDRA REED
MOLLY PETCHENIK
*Assistant Attorneys General*

Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-3000
Alexandra.Reed@ilag.gov

*Counsel for the State of Illinois*

## CERTIFICATE OF SERVICE

I, Alexandra Reed, an attorney for the State of Illinois, certify that on October 29, 2026, I caused the foregoing **Notice of Motion for Leave to Submit Notice of Supplemental Authority** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel of record.

*/s/ Alexandra Reed*
Assistant Attorney General II