**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

State of Illinois, et al.

Plaintiff,

v.

Case No.: 1:26−cv−00321
Honorable Sara L. Ellis

Department of Homeland Security, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 30, 2026:

MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiff's motion for leave to withdraw the appearance of counsel [101] and withdraws the appearance of Rebekah Newman as counsel for Plaintiff State of Illinois. The Court grants Plaintiffs' motion for leave to submit notice of supplemental authority [103]. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.